IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

AT HUNTINGTON

COURTNEY R. SAMPSON,

    Plaintiff,

V.                                  CIVIL ACTION NO. 3:07-0297

LINDSEY J. CROCKETT,

    Defendant.

## FINDINGS AND RECOMMENDATION

The plaintiff, Courtney R. Sampson, who proceeds pro se, has filed a motion to dismiss her complaint. Perceiving no basis for denying her motion, it is **RESPECTFULLY RECOMMENDED** that plaintiff's motion be granted, and this case dismissed.

Plaintiff is hereby notified that a copy of these Findings and Recommendation will be submitted to the Honorable Robert C. Chambers, United States District Judge, and that, in accordance with the provisions of Rule 72(b), Fed.R.Civ.P., she may, within thirteen days of the date of filing these Findings and Recommendation, serve and file written objections with the Clerk of this Court, identifying the portions of the Findings and Recommendation to which objection is made and the basis for such objection. The judge will make a de novo determination of those portions of the Findings and Recommendation to which objection is made in accordance with the provisions of 28 U.S.C. §636(b) and plaintiff is advised that failure to file timely objections will result in a waiver of her right to appeal from a judgment of the district court based on such Findings and Recommendation. Copies of

objections shall be served on all parties with copies of the same to Judge Chambers and this Magistrate Judge.

The Clerk is directed to file these Findings and Recommendation and to mail a copy of the same to plaintiff.

DATED: June 19, 2008

_____
MAURICE G. TAYLOR, JR.
UNITED STATES MAGISTRATE JUDGE